UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Amatucci

    v.                                              Case No. 1:24-fp-179

Young et al

### NOTICE – FILING FEE OMITTED

Documents necessary to process your case were not included with your filing. You must pay the applicable filing fee or file an Application to Proceed Without Prepayment of Fees or Costs by August 26, 2024. This matter will not be considered a civil case and no action will be taken by the court on it until the appropriate fee has been paid or an application to proceed without prepayment has been granted.

**Filing Fee:** The filing fee for your case is $405.00 ($350.00 filing fee plus $55.00 administrative fee), and may be paid in cash, by certified cashier or bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

**Proceed Without Prepayment of Fees or Costs:** If you want to proceed without prepayment you must complete and file an Application to Proceed Without Prepayment of Fees or Costs.

By the Court,

/s/ Megan Cahill
Megan Cahill
Deputy Clerk

Date: June 26, 2024
Attachments